# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 06 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Marland Jackson, MOTHER (Wilma Banks) ON BEHALF OF HIS ESTATE AND CHILDREN(UNIQUE JACKSON, DEVONTA ELLIS JACKSON, AND KEAIRRA WASHINGTON) <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> STATE OF NEVADA, THE DEPARTMENT OF CORRECTIONS, PRISON ADMISTRATION, GUARDS, AND CASE WORKERS. <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No <br><br> 2:23-cv-02015-CDS-BNW |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WILMA BANKS AND CHILDREN |
| Address | 1208 FERGUSON AVE. |
| | NORTH LAS VEGAS, NV. 89030 |
| | *City State Zip Code* |
| County | CLARK |
| Telephone Number | 702472-3041 |
| E-Mail Address | WILLMA.BANKS4050@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WARDEN |
| Job or Title *(if known)* | WARDEN |
| Address | 22010 COLD CREEK ROAD |
| | INDIAN SPRINGS, NV 89070 |
| | *City State Zip Code* |
| County | CLARK |
| Telephone Number | 7252166789 |
| E-Mail Address *(if known)* | UNKNOWN |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | TIFFANY BROWN |
| Job or Title *(if known)* | INVESTIGATOR |
| Address | 22010 COLD CREEK ROAD |
| | INDIAN SPRINGS NV. 89070 |
| | *City State Zip Code* |
| County | CLARK |
| Telephone Number | 7252166789 |
| E-Mail Address *(if known)* | UNKNOWN |

☒ Individual capacity    ☒ Official capacity

Defendant No. 3
    Name: IG IVAN DUBON
    Job or Title (if known): OFFICER
    Address: 22010 COLD CREEK ROAD
    City: INDIAN SPRINGS    State: NV.    Zip Code: 89070
    County: CLARK
    Telephone Number: 7252166789
    E-Mail Address (if known):

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name: TIMOTHY F. DUTRA
    Job or Title (if known): M.D. MEDICAL EXAMINER
    Address: 1704 PINTO LN.
    City: LAS VEGAS    State: NV.    Zip Code: 89106
    County: CLARK
    Telephone Number: 702 455-3210
    E-Mail Address (if known): UNKNOWN

☒ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        EIGHT AMENDANT AND FORTH AMENDANT

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

MARLAND JACKSON WAS KILLED WHILE IN CUSTODY AT THE DETENTION CENTER THE CLARK COUNTY /MEDICAL EXAMINER THINKS THE DEATH WAS NATURE BUT THE INDEPEND MEDICAL EXAMINER SEEM TO THINK THE DEATH WAS DROWING WHICH IS MURDER

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

HIGH DESERT STATE PRISON 22010 COLD CREEK ROAD INDIAN SPRINGS NV.89070

B.  What date and approximate time did the events giving rise to your claim(s) occur?

12/15/2021 3:12:00 PM

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THIS IS A 1983 AND WRONGFUL DEATH CASE WHICH ARISE FROM THE DEATH OF MARLAND JACKSON, THE CIRCUMSTANCES SURROUNDING THIS DEATH ARE COMPLEX. THE DECEDENT WAS IN CUSTODY AT A DENTENTION CENTER AT THE TIME OF HIS DEATH. INVESTIGATION BY OUTSIDE AGENCIES OF A DEATH IN CUSTODY IS NOT PERMITTED IN THE JAILS IN THE STATE OF NEVADA. ATTEMPS TO GET A COPY OF THE INVESTIGATIVE REPORT CREATED BY THE FACILITY WERE UNSUCESSFUL. THE BODY WAS RECEIVED BY THE CLARK COUNTY OFFICE OF THE CORNER/MEDICAL EXAMIER AND PREVIOUSLY AUTOPISED, PRIOR TO AN INDEPEND FORENIC PATHOLOGIST(REXNE WORRELL. M.D.) THE TOXICOLOGY REPORT WAS REPORTEDLY NEGATIVE FOR DRUGS. MULTIPLE SIGNFICANT TISSUES OF THE BODY WERE RETAINED BY THE C.C.O.C.M.E. AND NOT AVAILABLE TO THE FORENSIC PATHOLOGIST. UNFORTUNATELY WITHOUT THE CLARK COUNTY OFFICE OF THE CORNER/MEDICAL EXAMINERS REPORT OF THE FIRST AUTOPSY FINDINGS, THE INDEPEND FORENIC PATHOLOGIST IS UNABLE TO COME UP TO A DEFINITIVE DETERMINATION OF THE CAUSE OF DEATH. IT WAS ONLY A FEW WEEKS BEFORE THE DEATH OF MARLAND JACKSON THAT HE TOLD HIS MOTHER THAT "IF HE DIE THAY KILLED HIM" A MONTH OR SO LATER MARLAND JACKSON WAS DEAD. THE CLARK COUNTY CORNERS AUTOPSY REPORT STATES CAUSE OF DEATH OF MARLAND JACKSON, DIED AS A RESULT OF ACUTE CARDIAC DYSFUNCTION DUE TO A THEROSCLEROTIC CARDIOVASCULAR DISEASE. AND THE MANNER OF DEATH WAS NATURAL. IF MARLAND JACKSON HAD SOME TYPE OF CARDIOVASCULAR DISEASE THEN WHY MOVE HIM AWAY ALL ALONE WITH AN APPARENT MEDICAL CONDITION INSTEAD OF MOVING HIM TO A HOSPITAL BED. NOW THE INDEPEND FORENSIC PATOLOGIST FINDINGS STATES " COULD BE INDICATIVE OF ANOXIA DUE TO DROWING" AND THAT'S NOT NATURAL THAT'S MURDER.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

INJURIES WAS DEATH

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

> I WOULD LIKE THE COURT TO ALLOW THE FAMILY TO PROCEED ON WITH THIS LAWSUIT TO PROVE THAT MY SON WAS KILLED AND SHOW THAT THE NAMED OFFICIALS ARE RESPONSIBLE FOR HIS DEATH. I ALSO RESPECTFULLY REQUEST THE COURT AWARD SPECIAL DAMAGES ALONG WITH PUNITIVE DAMAGES AND ANY OTHER RELIEF THE COURT SEEM SATISFIED TO AWARD

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/06/2023

Signature of Plaintiff        WILMA BANKS
Printed Name of Plaintiff     WILMA BANKS

#### B. For Attorneys

Date of signing:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

        Signature of Attorney
        Printed Name of Attorney
        Bar Number
        Name of Law Firm
        Address

                                              *City*                *State*        *Zip Code*

        Telephone Number
        E-mail Address