C. BENJAMIN SCROGGINS
Nevada Bar No. 7902
Law Firm of C. Benjamin Scroggins, Chtd.
302 East Carson Avenue, 10th Floor
Las Vegas, NV 89101
(702) 328-5550 (phone)
(702) 442-8660 (fax)
Email: info@cbscrogginslaw.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLAND JACKSON, MOTHER (Wilma Banks), | Case No. 2:23-cv-02015-CDS-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** |
| STATE OF NEVADA, DOC, *et al.*, | |
| Defendants. | |

Plaintiff, Marland Jackson, Mother (Wilma Banks) ("Plaintiff"), through her attorney, C. Benjamin Scroggins, Esq. of Law Firm of C. Benjamin Scroggins, and Interested Party Nevada Department of Corrections, through their attorneys of record, Aaron D. Ford, Esq., and Jamie S. Hendrickson, Senior Deputy Attorney General, of the Office of the Attorney General, respectfully submit the following Stipulation to extend discovery deadlines (first request.)

**I.    MEETING**

    a. C. BENJAMIN SCROGGINS, ESQ. of The Law Firm of C. Benjamin Scroggins, Chtd., representing Plaintiffs'; and

    b. JAMIE S. HENDRICKSON, Senior Deputy Attorney General of The Office of Nevada Attorney General, representing Defendants, State of Nevada ex rel. Nevada Department of Corrections, Antonio Bryant, Ivon Dubon, Calvin Johnson and Gabriel Yanez;

c. Counsel met and conferred on or about February 7, 2o25 concerning the subject request to extend discovery deadlines.

## II. INITIAL DISCLOSURES

a. Plaintiffs' and Defendants' discovery is ongoing and continuing to supplement.

## III. DISCOVERY PLAN/DEADLINES

**a.** The parties previous timeline discussed the 180 days from initial disclosure, however Plaintiff's counsel has since had to initiate a Special Administrator proceeding in the Clark County District Court in order to obtain certain records needed by the defendants and is respectfully seeking a 120-day extension.

b. Defendants' counsel, Jamie Hendrickson, was recently assigned to take over this case and has agreed to the request of a continuance in order to get fully up to speed on the case and has agreed to the following new deadlines:

|  | **Current Deadline Date** | **Proposed Deadline Date** |
|---|---|---|
| Discovery Cut-Off | April 7, 2025 | **August 5, 2025** |
| Initial Disclosures | October 7, 2024 | ~~Closed~~ |
| Amend Pleadings or Add Parties | January 7, 2025 | **May 7, 2025** |
| Initial Expert Disclosures | February 6, 2025 | **June 6, 2025** |
| Rebuttal Expert Disclosures | March 10, 2025 | **July 8, 2025** |
| Dispositive Motions | May 7, 2025 | **September 4, 2025** |
| Joint Pre-Trial Order | June 6, 2025 | **October 6, 2025** |

## IV. JUSTIFICATION FOR LONGER DISCOVERY PERIOD

This is a wrongful death case with multiple defendants and voluminous records that must be obtained and reviewed. There has been a delay in obtaining some of the crucial records needed in the litigation due to the need to have a Special Administrator appointed. Additionally, the attorney representing the defendants was only recently assigned to the

case. There is also hope that once the parties are able to obtain all necessary documents there will be a possibility of settlement.

V.  **OTHER ISSUES**

    a. **Alternative Dispute Resolution**

The parties believe that this case might be appropriate for a mediation or settlement conference. However, there is much discovery to be obtained and reviewed before such efforts would be meaningful.

By entering into this stipulation, none of the parties waive any rights or defenses they have under statute, law, or rule with respect to Plaintiff's complaint.

DATED this 19th day of February, 2025.      DATED this 19th day of February, 2025.

                                                                                       AARON D. FORD
                                                                                       Attorney General

By: */s/ C. Benjamin Scroggins*          By: */s/ Jamie S. Hendrickson*
C. BENJAMIN SCROGGINS (Bar no. 7902    JAMIE S. HENDRICKSON (Bar No. 12770
*Attorney for Plaintiff*                              Senior Deputy Attorney General
                                                                                       *Attorneys for Interested Party*

                                                                                  **ORDER**

IT IS SO ORDERED.

                                                                       UNITED STATES MAGISTRATE JUDGE

                                                                  DATE: February 20, 2025