C. BENJAMIN SCROGGINS
Nevada Bar No. 7902
**THE LAW FIRM OF**
**C. BENJAMIN SCROGGINS, CHTD.**
302 East Carson Avenue, 10th Floor
Las Vegas, NV 89101
(702) 328-5550 (phone)
(702) 442-8660 (fax)
Email: info@cbscrogginslaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLAND JACKSON, MOTHER (Wilma Banks),<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, DOC, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-02015-CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (SECOND REQUEST)** |

Plaintiff, Marland Jackson, Mother (Wilma Banks) ("Plaintiff"), through her attorney, C. Benjamin Scroggins, Esq. of Law Firm of C. Benjamin Scroggins, and Interested Party Nevada Department of Corrections, through their attorneys of record, Aaron D. Ford, Esq., and Jamie S. Hendrickson, Senior Deputy Attorney General, of the Office of the Attorney General, respectfully submit the following Stipulation to extend discovery deadlines (second request.)

**I.     MEETING**

a. C. BENJAMIN SCROGGINS, ESQ. of The Law Firm of C. Benjamin Scroggins, Chtd., representing Plaintiffs'; and

b. JAMIE S. HENDRICKSON, Senior Deputy Attorney General of The Office of Nevada Attorney General, representing Defendants, State of Nevada ex rel. Nevada Department of Corrections, Antonio Bryant, Ivon Dubon, Calvin Johnson and Gabriel Yanez;

   c. Counsel met and conferred on or about June 30, 2025, concerning the subject request to extend discovery deadlines.

## II. INITIAL DISCLOSURES

   a. Plaintiffs' and Defendants' discovery is ongoing and continuing to supplement.

## III. DISCOVERY PLAN/DEADLINES

   **a.** The Parties are seeking to request additional time to extend discovery by 60 days, thus allowing them time to permit a settlement conference.

   b. Plaintiff's counsel recently granted Defendants', until August 4th, 2025, to respond to their interrogatories. Both parties agree and respectfully request a continuance for all pretrial deadlines, proposing the following:

|  | **Current Deadline Date** | **Proposed Deadline Date** |
|---|---|---|
| Discovery Cut-Off | August 5, 2025 | **October 6, 2025** |
| ~~Initial Disclosures~~ | ~~October 7, 2024~~ | ~~Closed~~ |
| ~~Amend Pleadings or Add Parties~~ | ~~May 7, 2025~~ | ~~Closed~~ |
| ~~Initial Expert Disclosures~~ | ~~June 6, 2025~~ | ~~Closed~~ |
| ~~Rebuttal Expert Disclosures~~ | ~~July 8, 2025~~ | ~~Closed~~ |
| Dispositive Motions | September 4, 2025 | **November 3, 2025** |
| Joint Pre-Trial Order | October 6, 2025 | **December 5, 2025** |

## IV. JUSTIFICATION FOR LONGER DISCOVERY PERIOD

This is a wrongful death case with multiple defendants and voluminous records that must be obtained and reviewed. There has been a delay in obtaining some of the crucial records needed in the litigation due to the need to have a Special Administrator appointed. Additionally, the attorney representing the defendants was only recently assigned to the case. Counsel have discussed permitting the extension request to allow the parties to coordinate a possible settlement conference.

## V. OTHER ISSUES

### a. Alternative Dispute Resolution

The parties believe that this case might be appropriate for a mediation or settlement conference. However, there is much discovery to be obtained and reviewed before such efforts would be meaningful.

By entering into this stipulation, none of the parties waive any rights or defenses they have under statute, law, or rule with respect to Plaintiff's complaint.

DATED this 7th day of July, 2025.   DATED this 7th day of July, 2025.

                                                          AARON D. FORD
                                                          Attorney General

By: */s/ C. Benjamin Scroggins*      By: */s/ Jamie S. Hendrickson*
C. BENJAMIN SCROGGINS               JAMIE S. HENDRICKSON
(Bar no. 7902)                                   (Bar No. 12770)
*Attorney for Plaintiff*                         Senior Deputy Attorney General
                                                          *Attorneys for Interested Party*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE:  7/9/2025

| | |
|---|---|
| **From:** | Jamie S. Hendrickson |
| **To:** | Kelly; Ben Scroggins |
| **Cc:** | Trisha A. Taylor |
| **Subject:** | RE: Jackson, Marland - Wilma Banks - Discovery Responses |
| **Date:** | Thursday, July 3, 2025 4:28:14 PM |

Approved. You may affix my electronic signature thereon.

**Jamie S. Hendrickson**
**Senior Deputy Attorney General**
**Office of the Nevada Attorney General**
**Public Safety Division**

**From:** Kelly <kelly@cbscrogginslaw.com>
**Sent:** Thursday, July 3, 2025 11:30 AM
**To:** Jamie S. Hendrickson <jhendrickson@ag.nv.gov>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Cc:** Trisha A. Taylor <TTaylor@ag.nv.gov>
**Subject:** RE: Jackson, Marland - Wilma Banks - Discovery Responses
**Importance:** High

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning, Mr. Hendrickson,

Here is the Stipulation for your review.

Looking forward your response!

*Kelly Jarvi,*

Legal Assistant to,
**The Law Firm of C. Benjamin Scroggins, Chtd.**
302 East Carson Avenue, 10th Floor
Las Vegas, NV 89101
T: (702) 328-5550

F: (702) 442-8860
Kelly@cbscrogginslaw.com

---

**From:** Jamie S. Hendrickson <jhendrickson@ag.nv.gov>
**Sent:** Tuesday, July 1, 2025 9:32 AM
**To:** Kelly <kelly@cbscrogginslaw.com>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Cc:** Trisha A. Taylor <TTaylor@ag.nv.gov>
**Subject:** RE: Jackson, Marland - Wilma Banks - Discovery Responses

We should extend discovery to permit a settlement conference.

**Jamie S. Hendrickson**
**Senior Deputy Attorney General**
**Office of the Nevada Attorney General**
**Public Safety Division**

---

**From:** Kelly <kelly@cbscrogginslaw.com>
**Sent:** Monday, June 30, 2025 6:58 PM
**To:** Jamie S. Hendrickson <jhendrickson@ag.nv.gov>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Cc:** Trisha A. Taylor <TTaylor@ag.nv.gov>
**Subject:** RE: Jackson, Marland - Wilma Banks - Discovery Responses
**Importance:** High

> **WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Hendrickson,

Mr. Scroggins asked if you are open to pushing the pretrial deadlines out by 60 days, since extending the response date to August 4, 2025, and close of discovery being August 5th, 2025.

Which would allow additional time for both parties to review the discovery, schedule depositions, etc.

Please advise of your position on this and if you have any insights to include in the stipulation.

Thank you and Happy Monday!



*Kelly Jarvi,*

Legal Assistant to,
**The Law Firm of C. Benjamin Scroggins, Chtd.**
302 East Carson Avenue, 10th Floor
Las Vegas, NV 89101
T: (702) 328-5550
F: (702) 442-8860
Kelly@cbscrogginslaw.com

---

**From:** Jamie S. Hendrickson <jhendrickson@ag.nv.gov>
**Sent:** Friday, June 27, 2025 2:19 PM
**To:** Kelly <kelly@cbscrogginslaw.com>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Cc:** Trisha A. Taylor <TTaylor@ag.nv.gov>
**Subject:** RE: Jackson, Marland - Wilma Banks - Discovery Responses

Monday, August 4, 2025.


**Jamie S. Hendrickson**
**Senior Deputy Attorney General**
**Office of the Nevada Attorney General**
**Public Safety Division**

---

**From:** Kelly <kelly@cbscrogginslaw.com>
**Sent:** Friday, June 27, 2025 2:18 PM
**To:** Ben Scroggins <cbs@cbscrogginslaw.com>; Jamie S. Hendrickson <jhendrickson@ag.nv.gov>
**Cc:** Trisha A. Taylor <TTaylor@ag.nv.gov>
**Subject:** RE: Jackson, Marland - Wilma Banks - Discovery Responses

> **WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Might I inquire with the proposed due date, so I may place on calendar?

Sorry to bother. Hope everyone has a great weekend.

*Kelly Jarvi,*

Legal Assistant to,

**The Law Firm of C. Benjamin Scroggins, Chtd.**

302 East Carson Avenue, 10th Floor

Las Vegas, NV 89101

T: (702) 328-5550

F: (702) 442-8860

Kelly@cbscrogginslaw.com

---

**From:** Ben Scroggins <cbs@cbscrogginslaw.com>
**Sent:** Thursday, June 26, 2025 12:29 PM
**To:** Jamie S. Hendrickson <jhendrickson@ag.nv.gov>; Kelly <kelly@cbscrogginslaw.com>
**Cc:** Trisha A. Taylor <TTaylor@ag.nv.gov>
**Subject:** RE: Jackson, Marland - Wilma Banks - Discovery Responses

The email is fine. I was referring to the stipulation for the personnel records.

Very truly yours,

*C. Ben Scroggins*

C. Benjamin Scroggins, Esq.
*Attorney and Counselor at Law*
THE LAW FIRM OF
C. BENJAMIN SCROGGINS, CHTD.
302 East Carson Avenue, 10th Floor
Las Vegas, Nevada  89101
Tel.:  (702) 328-5550
Fax:  (702) 442-8660
www.cbscrogginslaw.com

**NOTICE:**  Please be advised that this email and any files transmitted with it may be confidential attorney work product or privileged attorney—client communication, or otherwise privileged and confidential.  It is intended solely for the individual or entity to whom it is addressed.  If you are not the intended recipient, please do not read, copy or re-transmit this communication, but instead contact the sender of this communication and please destroy it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.  No privileges as mentioned above are waived by the transmission of this message.

---

**From:** Jamie S. Hendrickson <jhendrickson@ag.nv.gov>