UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Wilma Banks, et al.,

           Plaintiffs

v.

Ivan Dubson, et al.,

           Defendants

Case No. 2:23-cv-02015-CDS-BNW

**Order Denying as Moot
Plaintiffs' Motion to Stay**

[ECF No. 45]

Plaintiff Wilma Banks moves to stay the proceedings for sixty days to retain new counsel. ECF No. 45. In the motion, Banks explains that her attorney, Benjamin Scroggins, unexpectedly passed away. *Id.* She therefore requests sixty days to obtain new counsel. *Id.*

Prior to the plaintiff's motion to stay, Lawrence Phillips—of counsel to the Scroggins Firm at the time of Scroggins's death—filed a motion to withdraw as the plaintiffs' counsel. ECF No. 42. On March 6, 2026, U.S. Magistrate Judge Brenda Weksler granted counsel's motion to withdraw and allowed the plaintiffs sixty days to obtain new counsel. ECF No. 47. Because the plaintiffs now have until May 5, 2026, to retain new counsel, the requested stay is no longer necessary.

## Conclusion

It is hereby ordered that Banks's motion to stay **[ECF No. 45] is DENIED as moot**. The plaintiffs' new counsel must file a notice of appearance by May 5, 2026. If no notice is filed by that date, the court will assume that the plaintiffs intend to proceed pro se.

Dated: March 16, 2026

_____
Cristina D. Silva
United States District Judge